UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SCENICVIEW ESTATES, LLC,

    Plaintiff,

v.

ECLIPSE RESOURCES I, LP, *et al.*,

    Defendants.

Case No. 2:19-cv-39
Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter comes before the Court on consideration of the parties' Joint Stipulated Motion for Voluntary Dismissal Pursuant to Fed. R. Civ. P 41 and Substitution of Party under Fed. R. Civ. P. 25(c) (ECF No. 50). Therein, the parties represent that Defendant SEG-ECR, LLC's entire interest in the leases giving rise to this action has been transferred to IOG Resources, LLC. Accordingly, they seek dismissal of SEG-ECR, LLC and substitution of IOG Resources, LLC in its place as a party-Defendant. The parties' Motion is **GRANTED**. SEG-ECF, LLC shall be terminated from this action, and IOG Resources, LLC shall be named a party-Defendant in its place.

    **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**