AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| SCENICVIEW ESTATES, LLC, <br> *Plaintiff* <br> v. <br> ECLIPSE RESOURCES I, LP, et al., <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:19-cv-39 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** The Court grants Defendants' Motion for Summary Judgment. The Court denies Plaintiff's Partial Motion for Summary Judgment. This action is hereby dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 3/10/2022

CLERK OF COURT

*signed* Theresa J. B____

Signature of Clerk or Deputy